No. 15-11772-A

# In the United States Court of Appeals for the Eleventh Circuit

JOHN PINSON,

   *Defendant-Appellant*,

v.

JPMORGAN CHASE BANK, NATIONAL, ET AL,

   *Plaintiff-Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
U.S. District Court Case No. 9:13-cv-80720-KAM

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

THOMAS H. LOFFREDO
JEFFREY T. KUNTZ
MICHAEL D. LESSNE
GRAYROBINSON, P.A.
401 E. LAS OLAS BLVD, SUITE 1000
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 761-8111

Counsel for Appellee

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, the following is a complete list of all persons and entities known to Appellees, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust, to have an interest in the outcome of this appeal:

1. Bouvatte, Jr., Robert Alan, Counsel for Defendant, Law Office of Marshall C. Watson.

2. Chase Preferred Capital LLC, wholly owns Appellee/Defendant, CPCC Delaware Business Trust. Chase Preferred Capital LLC is wholly owned by J.P. Morgan International Holdings Limited.

3. CPCC Delaware Business Trust a/k/a CPCC Delaware Statutory Trust, Appellee/Defendant. CPCC Delaware Business Trust is wholly owned by Chase Preferred Capital LLC. Chase Preferred Capital LLC is wholly owned by J.P. Morgan International Holdings Limited. J.P. Morgan International Holdings Limited is wholly owned by JPMorgan Chase & Co.

4. Friedman, Dale, Counsel for Defendant, Law Office of Marshall C. Watson.

5. GrayRobinson, PA, Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

6. J.P. Morgan International Holdings Limited, wholly owns Chase Preferred Capital LLC, which wholly owns Appellee/Defendant, CPCC Delaware Business Trust. J.P. Morgan International Holdings Limited is wholly owned by JPMorgan Chase & Co.

7. JPMorgan Chase & Co. (stock ticker symbol: JPM) wholly owns JPMorgan Chase Bank, N.A. and wholly owns J.P. Morgan International Holdings Limited. J.P. Morgan International Holdings Limited wholly owns Chase Preferred Capital LLC, which wholly owns Appellee/Defendant, CPCC Delaware Business Trust. No person or entity

is known to own more than 10% of the common stock of JPMorgan Chase & Co.

8. JPMorgan Chase Bank, N.A., Appellee/Defendant. JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co.

9. Kuntz, Jeffrey T., Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

10. Law Office of Marshall C. Watson, Defendant;

11. Lessne, Michael D., Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

12. Loffredo, Thomas H., Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

13. Marra, HON. Kenneth A., United States District Judge;

14. Matthewman, HON. William D., United States Magistrate Judge;

15. Pinson, John, Appellant/Plaintiff; and

16. Scott, Patrick S., Counsel for Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust.

# **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on May 27, 2015, the foregoing was electronically filed via Court's Electronic Case Files System. WE FURTHER CERTIFY, in compliance with Rule 25, Federal Rule of Appellate Procedure, Eleventh Circuit General Order 37, that the foregoing was sent by the Court's ECF system, via United States Mail to: John Pinson, *pro se,* 526 Westwood Road, West Palm Beach, Florida 33401.

    Respectfully submitted,

    /s/ *Jeffrey T. Kuntz*
    Thomas H. Loffredo, Florida Bar No. 870323
    Jeffrey T. Kuntz, Florida Bar No. 26345
    Michael D. Lessne, Florida Bar No. 73881
    **GRAYROBINSON, P.A.**
    *Counsel for Appellees*
    401 East Las Olas Boulevard, Suite 1000
    Fort Lauderdale, Florida 33301
    Telephone: (954) 761-8111
    Facsimile: (954) 761-8112
    tom.loffredo@gray-robinson.com
    jkuntz@gray-robinson.com