No. 15-11772-A

# In the United States Court of Appeals for the Eleventh Circuit

JOHN PINSON,

 *Defendant-Appellant*,

v.

JPMORGAN CHASE BANK, NATIONAL, ET AL,

 *Plaintiff-Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
U.S. District Court Case No. 9:13-cv-80720-KAM

**AGREED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEES' BRIEF**

THOMAS H. LOFFREDO
JEFFREY T. KUNTZ
MICHAEL D. LESSNE
GRAYROBINSON, P.A.
401 E. LAS OLAS BLVD, SUITE 1000
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 761-8111

Counsel for Appellee

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, the following is a complete list of all persons and entities known to Appellees, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust, to have an interest in the outcome of this appeal:

1. Bouvatte, Jr., Robert Alan, Counsel for Defendant, Law Office of Marshall C. Watson.

2. Chase Preferred Capital LLC, wholly owns Appellee/Defendant, CPCC Delaware Business Trust. Chase Preferred Capital LLC is wholly owned by J.P. Morgan International Holdings Limited.

3. CPCC Delaware Business Trust a/k/a CPCC Delaware Statutory Trust, Appellee/Defendant. CPCC Delaware Business Trust is wholly owned by Chase Preferred Capital LLC. Chase Preferred Capital LLC is wholly owned by J.P. Morgan International Holdings Limited. J.P. Morgan International Holdings Limited is wholly owned by JPMorgan Chase & Co.

4. Friedman, Dale, Counsel for Defendant, Law Office of Marshall C. Watson.

5. GrayRobinson, PA, Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

6. J.P. Morgan International Holdings Limited, wholly owns Chase Preferred Capital LLC, which wholly owns Appellee/Defendant, CPCC Delaware Business Trust. J.P. Morgan International Holdings Limited is wholly owned by JPMorgan Chase & Co.

7. JPMorgan Chase & Co. (stock ticker symbol: JPM) wholly owns JPMorgan Chase Bank, N.A. and wholly owns J.P. Morgan International Holdings Limited. J.P. Morgan International Holdings Limited wholly owns Chase Preferred Capital LLC, which wholly owns Appellee/Defendant, CPCC Delaware Business Trust. No person or entity

is known to own more than 10% of the common stock of JPMorgan Chase & Co.

8. JPMorgan Chase Bank, N.A., Appellee/Defendant. JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co.

9. Kuntz, Jeffrey T., Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

10. Law Office of Marshall C. Watson, Defendant;

11. Lessne, Michael D., Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

12. Loffredo, Thomas H., Counsel for Appellees/Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust;

13. Marra, HON. Kenneth A., United States District Judge;

14. Matthewman, HON. William D., United States Magistrate Judge;

15. Pinson, John, Appellant/Plaintiff; and

16. Scott, Patrick S., Counsel for Defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust.

## APPELLEE'S AGREED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO SERVE APPELLEES' BRIEF

Appellees, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust, pursuant to Federal Rule of Appellate Procedure 26(b), and Eleventh Circuit Court Rules 26-1 and 31-2, respectfully request a 30-day extension of time to serve the Appellee's Brief, and in support state as follows:

1. Appellant, John Pinson, served his brief on September 4, 2015. However, for reasons unknown, the brief was not received at that time by the undersigned counsel. Further, the Appellant's Brief was not docketed by the Court until September 17, 2015.

2. Appellees have not obtained a prior extension to file their Appellees' Brief and, therefore, the brief is presently due on October 7, 2015.

3. The undersigned counsel for Florida Blue requires an additional thirty-days to prepare the Appellees' Brief. The additional time is necessitated by the delay in receipt, which is not the fault of any party, and other deadlines in this Court and the Florida District Court's of Appeal.

4. This Motion is made in good faith and not for the purpose of delay.

5. The undersigned counsel certifies, pursuant to the Eleventh Circuit Court Rule 26-1, that he has conferred with the Appellant, Mr. John Pinson. The Appellant agrees to the thirty-day extension, until Friday, November 6, 2015.

WHEREFORE, Appellees, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust, respectfully request that the Court grant this Motion and extend the deadline to serve the Appellees' Brief by thirty-days, up to and including Friday, November 6, 2015.

Respectfully submitted,

/s/ *Jeffrey T. Kuntz*
Thomas H. Loffredo, Florida Bar No. 870323
Jeffrey T. Kuntz, Florida Bar No. 26345
Michael D. Lessne, Florida Bar No. 73881
**GRAYROBINSON, P.A.**
*Counsel for Appellees*
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8111
Facsimile:  (954) 761-8112
tom.loffredo@gray-robinson.com
jkuntz@gray-robinson.com

# **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on September 25, 2015, the foregoing was electronically filed via Court's Electronic Case Files System. WE FURTHER CERTIFY, in compliance with Rule 25, Federal Rule of Appellate Procedure, Eleventh Circuit General Order 37, that the foregoing was sent by the Court's ECF system, via United States Mail to: John Pinson, *pro se,* 526 Westwood Road, West Palm Beach, Florida 33401.

 Respectfully submitted,

/s/ *Jeffrey T. Kuntz*
Thomas H. Loffredo, Florida Bar No. 870323
Jeffrey T. Kuntz, Florida Bar No. 26345
Michael D. Lessne, Florida Bar No. 73881
**GRAYROBINSON, P.A.**
*Counsel for Appellees*
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8111
Facsimile: (954) 761-8112
tom.loffredo@gray-robinson.com
jkuntz@gray-robinson.com